**No. 69534.**—Vivadent Corporation *v.* United States, protests 62/9968 and 62/9969 (Boston).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of shade guides similar in all material respects to those the subject of *Vivadent Corporation* v. *United States* (53 Cust. Ct. 190, C.D. 2494), the claim of the plaintiff was sustained.